# United States District Court
# For The Western District of North Carolina
# Asheville Division

Lisa P. Jones, Appellant

JUDGMENT IN A CIVIL CASE

vs.

1:10cv242

Daniel Ray Jones, et al, Appellees

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/6/10 Order.

Signed: December 7, 2010

Frank G. Johns, Clerk
United States District Court